<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1242

_____

JERRY A. HURST,

           Plaintiff - Appellant,

    v.

GUY HARBERT, in their individual and official capacities;
MAXWELL WIEGARD, in their individual and official capacities;
MARTY HARBIN, in their individual and official capacities;
COLIN SHALK, in their individual and official capacities;
NICHOLAS SKILES, in their individual and official capacities;
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1-10,

           Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Glen E. Conrad, Chief District Judge. (5:15-cv-00033-GEC)

_____

Submitted: August 18, 2016       Decided: August 22, 2016

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerry A. Hurst, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry A. Hurst appeals the district court's order denying his motion for reconsideration of the dismissal of his complaint in which he sought to raise claims under 42 U.S.C. § 1983 (2012), the Driver's Privacy Protection Act, 28 U.S.C. §§ 2722, 2724 (2012), and various state laws. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurst v. Harbert, No. 5:15-cv-00033-GEC (W.D. Va. filed Feb. 12, 2016; entered Feb. 16, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED